UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cr-00322-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| LINDA DIANNE JOHNSON, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER is before the Court on several pending motions filed by the parties in anticipation of trial. (Doc. Nos. 63, 67, 69, 70, 72). The parties filed these motions prior to Defendant entering a plea agreement, (Doc. No. 76), and prior to the Court accepting and entering her guilty plea in this case, (Doc. No. 78). Upon review of the motions, the parties' arguments, and the specific relief sought, the Court finds these motions are moot because of Defendant's guilty plea.

IT IS THEREFORE ORDERED that the parties' motions (Doc. Nos. 63, 67, 69, 70, 72) are DENIED AS MOOT.

IT IS SO ORDERED.

Signed: June 8, 2022

Frank D. Whitney
United States District Judge

1